```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION
```

| | | |
|---|---|---|
| DIALLO E. UHURU, | ) | No. CV 07-07109-JVS (VBK) |
| | ) | |
| Plaintiff, | ) | ORDER (1) ACCEPTING AND ADOPTING |
| | ) | THE AMENDED REPORT AND |
| v. | ) | RECOMMENDATION OF THE UNITED |
| | ) | STATES MAGISTRATE JUDGE, AND (2) |
| LON ALAN MOSKOWITZ, et al., | ) | DISMISSING THE COMPLAINT |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint, Defendants' Motion to Dismiss Plaintiff's Complaint, Plaintiff's Opposition, all other papers along with the attached Amended Report and Recommendation of the United States Magistrate Judge and Petitioner's Objections and has made a _de novo_ determination of the Amended Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Amended Report and Recommendation, (2) granting

//
//
//
//

Defendants' Motion to Dismiss Plaintiff's Complaint and (3) directing that Judgment be entered dismissing the Complaint, and the action, with prejudice.

DATED:   July 6, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE